

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00077-CV

| | | |
|---|---|---|
| IN THE MATTER OF A.M., A JUVENILE | § | On Appeal from the 323rd District Court |
| | § | of Tarrant County (323-107645-18) |
| | § | August 29, 2019 |
| | § | Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the juvenile court's adjudication and disposition orders. It is ordered that the juvenile court's orders are affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack